

June 10, 2021

***VIA ECF***
Clerk of the Court
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

    RE:    *Marybeth Walz v. Verizon Business Network Services, Inc.*
               Case No. 20-cv-16241

Dear Sir/Madam:

    This law firm represents the Plaintiff, Marybeth Walz, in the above captioned matter. Pursuant to Local Rule 7.1(d)(5), I write to obtain an automatic extension of the time to file opposition papers to Defendant Verizon Business Network Services, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint and to Strike, originally noticed for July 6, 2021. The original notice day has not previously been extended or adjourned. The new motion day shall be July 20, 2021.

                                                                       Respectfully Submitted,

                                                                       John Beranbaum

cc:    August Heckman III
       Tawanna Baron
       Ashley Jean Hale
       *Via ECF*