

April 4, 2025

*Via ECF*
Hon. J. Zahid N. Quraishi
United States District Court
District Court of New Jersey
402 East State St, Room 4W
Trenton, NJ 08608

      RE:    *Marybeth Walz v. Verizon Business Network Services, Inc.*
                Case No. 20-CV-16241 (ZNQ)(JTQ)

Dear Judge Quraishi,

    We represent Plaintiff, Marybeth Walz, in the above-captioned matter and write to inquire with respect to the Court's status on issuing a decision on Defendant's motion to dismiss and motion to strike, fully briefed as of August 6, 2021. Since that time, there has been a stay on discovery.

    We thank the Court in advance for its time and attention to this matter.

                                                           Respectfully Submitted,

                                                            Hilary J. Orzick